IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00282-GPG

THOMAS DEAN TILLERY,

    Plaintiff,

v.

RICK RAEMISCH, in His Official Capacity as Executive Director of the Colorado Department of Corrections and in His Individual Capacity,
JOHN CHAPDELAINE, in His Official Capacity as Warden of the Sterling Correctional Facility and in His Individual Capacity,
JAMES FALK, in His Official Capacity as Warden of the Limon Correctional Facility and in His Individual Capacity,
ROBERT DICK, in His Official Capacity as Case Manager II of the Sterling Correctional Facility and in His Individual Capacity,
LEONARD WOODSON III, in His Official Capacity as Director of SOTMP and in His Individual Capacity,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED March 30, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge