**Sex Offender Treatment & Monitoring Program**
Employee Handbook

Welcome to the SOTMP. Every employee, regardless of position or title contributes to the process of improving the lives of the clients and families we serve, enabling us to achieve our mission. All SOTMP should be familiar with and committed to the SOTMP mission as this is the basis for all we do.

SOTMP Mission:
In keeping with the vision of enhancing public safety, the SOTMP is committed to providing efficient and effective treatment based in current research. The SOTMP is committed to the goals of helping our clients successfully re-enter society and prevent future victimization. Our goal is no more victims.

DOC Mission Statement:
To protect the citizens of Colorado by holding offenders accountable and engaging them in opportunities to make positive behavioral changes and become law-abiding, productive citizens.

DOC Vision Statement:
Building a safer Colorado for today and tomorrow

The following employee information is intended to assist you in becoming oriented to our organization. All official DOC Administrative Regulations and Clinical Standards are located on docent.

SOTMP Supervisor Team
- o   Lenny Woodson III          Program Administrator
- o   Alison Talley              Clinical Training Coordinator
- o   James "Rusty" Lander       Quality Management Program Coordinator

SOTMP Facility Supervisors
Molly Carpenter                 Fremont Correctional Facility
Christina Ortiz-Marquez         Centennial Correctional Facility
Jason Guidry                    Denver Complex
Laura Borrego-Gibbs             Colorado Territorial Correctional Facility
Robin Garrelts                  Arkansas Valley Correctional Facility

Administrative Support
Amy J. Garcia                   Program Administration - HQ
Cathy Reyes                     Arkansas Valley Correctional Facility
Ashley Hollingsworth            Centennial Correctional Facility
Margie Jones                    Fremont Correctional Facility



CDOC/TILLERY-00725

# Sex Offender Treatment & Monitoring Program

It is the policy of the Department of Corrections (DOC) to provide specialized sex offense specific treatment, reduce recidivism and enhance public safety by providing a continuum of identification, treatment, and monitoring services throughout incarceration.

**SOTMP Mission Statement**
In keeping with the vision of enhancing public safety, the SOTMP is committed to providing efficient and effective treatment based in current research. The SOTMP is committed to the goal of helping our clients successfully re-entry society and preventing victimization. Our goal is no more victims.

The SOTMP utilizes comprehensive offense specific evaluations to identify risk level, treatment needs and inform individualized treatment recommendations.  The treatment team continually assesses individual treatment needs to determine appropriate treatment recommendation.  The treatment team may make exceptions to treatment goals based on clinical assessment.

SOTMP treatment is designed to follow the Risk Needs Responsivity principle to address criminogenic factors. The Sex Offender Treatment and Monitoring Program provides evaluation, treatment and monitoring services to sexual offenders who are motivated to eliminate sexual abuse behaviors. The treatment program utilizes cognitive behavioral treatment groups and individual therapy to address factors associated with sexual offending behaviors. Treatment participants are assessed to determine their level of risk for committing another sexual offense and participate in the level of treatment based on their individual needs. Clients who fall within the lower risk categories for sexual recidivism are recommended to participate in Track I. Clients who fall within the high risk categories for sexual re-offense are recommended for participation in the Track II Intensive treatment Program.

**Sex Offender Management Board**
Sex offender treatment in Colorado is regulated by the Sex Offender Management Board (SOMB). The SOMB sets treatment standards and guidelines for treatment providers, polygraph examiners and supervising officers. The SOMB standards require that sex offender treatment programs address the following:

1. Hold offenders accountable for their behavior and assist them in maintaining their accountability;
 2. Require offenders to disclose all current sex offending behaviors and complete a full sex history disclosure.
3. Reduce offenders' denial and defensiveness;
4. Decrease and/or manage offenders' deviant sexual urges and recurrent deviant fantasies;

CDOC/TILLERY-00726

5. Educate offenders and individuals who are identified as the offenders' support systems about the potential for re-offending and an offender's specific risk factors, in addition to requiring an offender to disclose critical issues and current risk factors;

6. Teach offenders self-management methods to avoid a sexual re-offense;

7. Identify and treat the offenders' thoughts, emotions, and behaviors that facilitate sexual re-offenses or other victimizing or assaultive behaviors;

8. Identify and treat offenders' cognitive distortions;

9. Educate offenders about non-abusive, adaptive, legal, and pro-social sexual functioning;

10. Educate offenders about the impact of sexual offending upon victims, their families, and the community;

11. Provide offenders with training in the development of skills needed to achieve sensitivity and empathy with victims;

12. Provide offenders with guidance to prepare, when applicable, written explanation or clarification for the victim(s) that meets the goals of: establishing full perpetrator responsibility, empowering the victim, and promoting emotional and financial restitution for the victim(s);

13. Identify and treat offenders' personality traits and deficits that are related to their potential for re-offending;

14. Identify and treat the effects of trauma and past victimization of offenders as factors in their potential for re-offending (It is essential that offenders be prevented from assuming a victim stance in

15. Identify deficits and strengthen offenders' social and relationship skills, where applicable;

16. Require offenders to develop a written plan for preventing a re-offense; the plan should identify antecedent thoughts, feelings, circumstances, and behaviors associated with sexual offenses;

17. Provide treatment or referrals for offenders with co-existing treatment needs such as medical, pharmacological, psychiatric needs, substance abuse, domestic violence issues, or disabilities;

18. Maintain communication with other significant persons in offenders' support systems to the extent possible to assist in meeting treatment goals;

19. Evaluate existing treatment needs based on developmental or physical disabilities, cultural, language, sexual orientation, and gender identity that may require different treatment arrangements;

20. If clinically indicated, every effort should be made to provide services in the client's primary language using professional interpretive and translation resources as needed; Discussion: Individuals who have an existing relationship with the offender, such as family members, shall not be used as interpreters in order to avoid dual relationships and conflict of interest.

21. Identify and address issues of gender role socialization; and 22. Identify and treat issues of anger, power, and control.

**SOTMP Intake**
The Sex offender intake unit is located in the Denver Diagnostic and Reception Center (DRDC). There, the SOTMP intake team:

CDOC/TILLERY-00727

- Completes a review of all legal and previous treatment documentation
- Determines the offenders treatment amenability
- Completes the Static 99-R risk assessment
- Makes the initial treatment track recommendations
- Assigns the offender to the global referral list

**Evaluation**

The SOTMP Evaluation team is comprised of Psychologist, Psychologist candidates and Psychologist Interns. This team completes the offense specific evaluation needs of all sex offenders assigned to treatment. Prior to beginning a treatment group, the Evaluation Team will review ach group member's treatment records to determine the amount of additional assessment necessary.

**Track I**

A cognitive behavioral therapeutic group for low risk offenders that addresses criminogenic factors associated with sexual offending behaviors. All clients in this phase of treatment will have the opportunity to meet the seven treatment progress criteria listed in the Sex Offender Management Board standards that demonstrate positive progression in treatment. Track I is offered at Fremont Correctional Facility, Arkansas valley Correctional Facility, Colorado Territorial Correctional Facility, Denver Women's Correctional facility, Denver Reception and Diagnostic Center and the Youthful Offender System.

The goals include but are not limited to:

a. The offender identifies factors that contribute to his/her sexually abusive behavior.

b. The offender applies and incorporates the material learned in treatment into his/her lifestyle.

c. The offender demonstrates a willingness to utilize the treatment program to make changes to prevent further sex offense behavior through participation in the treatment group and behavior in the institution.

d. To further evaluate the offender's treatment needs and dynamic risk level.

e. The client develops a risk management plan for intervention in his/her sex offense cycle.

f. The client demonstrates a measurable reduction of identified risk factors

CDOC/TILLERY-00728

**Track II Intensive Treatment Program**

Offenders who have been assessed to have more intensive treatment needs are recommended to participate in the Track II Intensive Treatment Program. Track II has two treatment components, segments I and II. Segment I focuses on components of the Track I program and builds upon these concepts to address more intensive treatment needs. Once clients complete section I, the client's progresses to section II which focuses on specialized groups that address individual criminogenic factors correlated with sexual recidivism.

Track II treatment helps offenders focus on changing distorted thinking patterns and behaviors and helps offenders develop effective risk management plans. Treatment is tailored to mitigate specific offender risk needs. The Track II Intensive Treatment Program is offered in an Intensive Treatment Community format at Centennial Correctional Facility and in a traditional group format at Colorado Territorial Correctional Facility and Denver Women's Correctional Facility.

The Goals of the Track II Intensive Treatment Program are:

a. The client receives further evaluation and collaborates with the treatment team to develop treatment plan goals that mitigate individual risk factors.

b. The client applies and incorporates the material learned in treatment into his/her lifestyle.

c. The client identifies distorted thinking patterns and develops healthy alternatives.

d. The client demonstrates a commitment to behave as a pro-social, responsible member of the community.

e. The client realizes the importance of developing a balanced lifestyle and monitoring his/her thoughts and behaviors for the rest of his/her life.

f. The client identifies his/her relapse cycle and methods for intervention in the cycle.

g. The client realizes the importance of sharing his/her relapse cycle and methods of intervention with significant others in his/her life.

h. The client practices and incorporates a model for solving problems.

**Transition**

The SOTMP recognizes that some offenders enter the department of corrections after participating in a significant amount of community offense specific treatment. The

CDOC/TILLERY-00729

Transition level of treatment was developed for low risk offenders who can demonstrate comprehension of basic topics covered in Track I treatment.

**Advanced Risk Management**
The Advance Risk Management (ARMS) group is offered for low risk offenders who have previously participated in SOTMP treatment but have returned to DOC for technical parole violations. This group is designed to address the issues that led to the offenders community parole regression.

**Maintenance**
The Maintenance level of treatment is offered for both risk tracks and at each facility as well as at the Cheyenne Mountain Re-entry Facility. After the completion of Track I clients in the Low Risk track will progress to Maintenance Phase. Clients identified as having additional high risk factors will receive more intensive treatment in Track II. After the recommended Track II treatment is completed, clients in the High Risk track transition to Maintenance Phase.

**Specialized Services**
SOTMP also offers, to the extent that resources permit, specialized services to the following sex offenders: females, youth, Spanish speaking, and offenders with medical restrictions, hearing impairments, developmental disabilities, and chronic mental illness.

The SOTMP informs the Parole Board or Community Corrections Boards when offenders meet the following Lifetime Supervision treatment progress criteria for successful progress in treatment in prison:

**Lifetime Supervision Treatment Progress Criteria**
Sex offender treatment in the prison setting is preliminary to continued treatment and supervision in the community post release from prison. Since sex offenders who participate in treatment in the prison setting cannot complete treatment in prison, the Sex Offender Treatment and Monitoring Program has developed criteria for offenders to receive a recommendation for release to parole. In accordance with the Risk, Need, Responsivity Model the SOTMP has developed two risk based criteria formats. Sex offenders participating in the Sex Offender Treatment and Monitoring Program (SOTMP) must meet all of the following criteria to receive a recommendation for release to parole from the SOTMP staff.

A. Low to Low-Moderate Risk Category

1. Participates and actively engages in recommended level of sex offense-specific treatment.
2. Complete a disclosure of his or her offense related sexual history relevant to identified risk areas as verified through either the sexual history polygraph process, or other clinical indicators.

CDOC/TILLERY-00730

3. Client will develop a plan to manage ongoing risk factors and treatment needs specific to recommended level of treatment.
4. Client will present an approved risk management plan through SOTMP disclosure session.
5. Demonstrate management of identified risk areas as verified by clinical indicators.
6. Must be compliant with any CDOC psychiatric recommendations for medication which may enhance his or her ability to benefit from sex offense-specific treatment.
7. Client does not display attitudes, behaviors or risk factors that present an undue risk to the community. Examples may include, but are not limited to, high degrees of traits associated with psychopathy, sadism, and static and dynamic factors or responsivity needs elevated to an unmanageable level.


Moderate to Moderate High to High Risk Category

1. Participates and actively engages in recommended level of sex offense-specific treatment as evidenced by a measured reduction in dynamic risk.
2. Complete a disclosure of his or her offense related sexual history relevant to identified risk areas as verified through either the sexual history polygraph process, or other clinical indicators.
3. Complete a comprehensive, written plan to manage ongoing risk areas and treatment needs. The plan must be approved by the SOTMP team.
4. Have an approved support person or system who has participated in SOTMP Family Support Education. The support person/system will receive an approved copy of the client's written plan to manage on-going risk areas and treatment needs through their participation in an SOTMP therapist facilitated disclosure session.
5. Demonstrate management of identified risk areas as verified by clinical indicators.
6. Must be compliant with any CDOC psychiatric recommendations for medication which may enhance his or her ability to benefit from sex offense-specific treatment.
7. Client does not display attitudes, behaviors or risk factors that present an undue risk to the community. Examples may include, but are not limited to, high degrees of traits associated with psychopathy, sadism and dynamic factors or responsivity needs elevated to an unmanageable level.

**Support Education Program**
This program is designed to help the support person(s) become positive informed support to help the offender be successful in treatment and community transition.  The SOTMP Support Education Program is designed to facilitate positive, informed support as described above and help support person(s) identify high risk behaviors and attitudes in the sexual offender and intervene before re-offense. The SOTMP prepares appropriate support person(s) for the sex offense specific therapist facilitated disclosure meeting in which the offenders with a sex offense discloses his/her sexual offense history, sexually deviant behavior, sex offense cycle, risk factors, relapse prevention plan, safety plan and methods of deception and manipulation particularly as they apply to each support person.

CDOC/TILLERY-00731