IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00282-WJM-STV

THOMAS DEAN TILLERY,

Plaintiff,

v.

RICK RAEMISCH, Executive Director of the Colorado Department of Corrections; in his official capacity;
JOHN CHAPDELAINE, Warden of the Sterling Correctional Facility, in his official capacity;
ROBERT DICK, Case Manager II of the Sterling Correctional Facility, in his official capacity;
LEONARD WOODSON III, Director of SOTMP, in his official capacity;

Defendants.

**DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS**

Defendants, hereby submit the following Responses to Plaintiff's First Set of Interrogatories to Defendants.

**GENERAL OBJECTIONS**

Defendants object to the Interrogatories to the extent any interrogatory seeks information protected from disclosure by the attorney-client privilege, work-product immunity doctrine, and/or any other privilege or protection.

These responses are based upon information currently available to the Defendants. The Defendants reserve the right to supplement or modify their responses should additional or different information become available.

Defendants object to any discovery request to the extent that it purports to ask the Defendants to describe, in detail, information possessed by third parties not under the control of Defendants or to produce documents possessed by third parties not under the control of Defendants and which can be obtained by Plaintiffs by contacting the third party in possession, custody or control of the requested documents.

**EXHIBIT M**

Defendants object to the extent the requests seek production of security-sensitive, confidential, and privileged records and information pursuant to the Colorado Criminal Justice Records Act, § 24-72-301, *et seq.*, C.R.S. ("CJRA").

Without waiver of these General Objections, Defendants respond as follows:

**INTERROGATORY NO. 1:** Please identify the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed.

**SOTMP/CLINICAL SERVICE & OPA RESPONSE: Office of Planning & Analysis, Colorado Department of Corrections.**

**OFFENDER SERVICES RESPONSE: Wesley Wilson – Administrative Officer for Offender Services.**

**INTERROGATORY NO. 2:** Please identify all individuals who assisted in answering these interrogatories, including the name and official position of each individual who provided information in connection with these interrogatories.

**SOTMP/CLINICAL SERVICE & OPA RESPONSE: Office of Planning & Analysis, Colorado Department of Corrections.**

**OFFENDER SERVICES RESPONSE: Wesley Wilson – Administrative Officer for Offender Services.**

**INTERROGATORY NO. 3:** Please describe with specificity the bases for each of your affirmative defenses and each of your denials of the allegations as stated in the Defendants' Answer filed on February 10, 2017 (Doc.# 41).

**OBJECTION: Defendants object to this request as overly broad and unduly burdensome. See *Western Resources, Inc. v. Union Pacific Railroad Co.*, 2001 WL 1723817 (D. Kan. 2001); *see also Hiskett v. Wal-Mart Stores, Inc.*, 180 F.R.D. 403 (D. Kan. 1998). Furthermore, providing the bases for affirmative defenses calls for a legal conclusion outside the scope of Interrogatory Requests. Without waiver of and subject to this objection, Defendants provide the following response:**

**RESPONSE: Counsel from the Office of the Attorney General provides legal representation and has knowledge regarding the affirmative defenses and the bases for assertion of any affirmative defenses.**

2

**Defendants assert that there is no entitlement to offender programs in prison and an offender does not have a right to serve his or her sentence in a prison facility of his or her choice. In the absence of a claim of entitlement, there is no right to procedural due process to contest the claimed denial of a privilege. The decision to house Plaintiff at Sterling Correctional Facility was not arbitrary or random and did not invoke a right requiring procedural due process prior to the housing placement. Defendants assert that Plaintiff is currently on the waitlist to receive sex offender treatment, remains eligible for parole and for the treatment program, and will be moved accordingly as he ascends the waitlist. Any alleged liberty interest has not been extended to initial placement within the SOTMP or to related housing decisions. In addressing placement in the SOTMP, CDOC promulgated Administrative Regulation 700-19 for the purpose of managing and prioritizing those offenders on the sex offender treatment waitlist, such management and related housing decisions being made in a manner that is not arbitrary or random in nature. Such an activity does not support that the Defendants acted in a manner that shocks the conscience.**

**INTERROGATORY NO. 4:** Please identify any person with knowledge of the bases for any of your affirmative defenses.

**OBJECTION: Defendants object to this request as overly broad and unduly burdensome.** *See Western Resources, Inc. v. Union Pacific Railroad Co.*, **2001 WL 1723817 (D. Kan. 2001);** *see also Hiskett v. Wal-Mart Stores, Inc.*, **180 F.R.D. 403 (D. Kan. 1998). Without waiver of and subject to this objection, Defendants provide the following response:**

**RESPONSE: Counsel from the Office of the Attorney General provides legal representation and has knowledge regarding the affirmative defenses and the bases for assertion of any affirmative defenses.**

**INTERROGATORY NO. 5:** Please identify any expert witnesses with whom you have consulted or may consult regarding this matter.

**RESPONSE: None, at this time. Expert witnesses are dealt with through the Office of the Attorney General. Defendants have not disclosed any expert witnesses in this matter.**

**INTERROGATORY NO. 6:** Using the best available current data, please state the total number of offenders incarcerated at each and every CDOC facility.

**OPA RESPONSE:**

- **Adult Males Housed At YOS - 26**
- **Arkansas Valley Correctional Facility - 1051**
- **Arrowhead Correctional Center - 525**
- **Bent County Correctional Facility - 1408**
- **Buena Vista Correctional Complex - 928**
- **Buena Vista Minimum Center - 296**
- **Centennial Correctional Facility - 306**
- **Cheyenne Mountain Re-Entry Center - 680**
- **Colorado Correctional Center (Camp George West) - 147**
- **Colorado State Penitentiary - 687**
- **Colorado Territorial Correctional Facility - 971**
- **Community Corrections - 1188**
- **Community YOS Program Phase - 343**
- **Crowley County Correctional Facility - 1731**
- **Delta Correctional Center - 481**
- **Denver Reception And Diagnostic Center - 579**
- **Denver Women's Correctional Facility - 1000**
- **Four Mile Correctional Center - 531**
- **Fremont Correctional Facility - 1600**
- **La Vista Correctional Facility - 665**
- **Limon Correctional Facility - 857**
- **Rifle Correctional Center - 191**
- **San Carlos Correctional Facility - 219**
- **Skyline Correctional Center - 250**
- **Sterling Correctional Facility - 2485**
- **Trinidad Correctional Facility - 500**
- **Youthful Offender System-Pueblo - 167**
- **Youthful Offender System-Transfer - 16**

**INTERROGATORY NO. 7:** Using the best available current data, please state the total number of sex offenders incarcerated at each and every CDOC facility.

**OPA RESPONSE:**

- **Adult Males Housed At YOS – 1**
- **Arkansas Valley Correctional Facility – 403**
- **Arrowhead Correctional Center – 8**
- **Bent County Correctional Facility – 688**
- **Buena Vista Correctional Complex – 269**
- **Buena Vista Minimum Center – 11**
- **Centennial Correctional Facility – 154**
- **Cheyenne Mountain Re-Entry Center – 152**
- **Colorado Correctional Center (Camp George West) – 4**
- **Colorado State Penitentiary – 126**
- **Colorado Territorial Correctional Facility – 349**
- **Community Corrections – 56**
- **Community YOS Program Phase – 32**
- **Crowley County Correctional Facility – 741**
- **Delta Correctional Center – 5**
- **Denver Reception And Diagnostic Center – 128**
- **Denver Women's Correctional Facility – 57**
- **Four Mile Correctional Center – 15**
- **Fremont Correctional Facility – 806**
- **La Vista Correctional Facility – 2**
- **Limon Correctional Facility – 199**
- **Rifle Correctional Center – 1**
- **San Carlos Correctional Facility – 68**
- **Skyline Correctional Center – 2**
- **Sterling Correctional Facility – 433**
- **Trinidad Correctional Facility – 8**
- **Youthful Offender System-Pueblo – 5**
- **Youthful Offender System-Transfer - 2**

**INTERROGATORY NO. 8:** Please identify each correctional facility operated by CDOC which currently offers SOTMP.

**SOTMP/CLINICAL SERVICE RESPONSE:**

- **Arkansas Valley Correctional Facility**
- **Centennial Correctional Facility**
- **Geo Re-entry Services (formerly Cheyenne Mountain Re-entry Center)**
- **Colorado Territorial Correctional Facility**
- **Denver Reception and Diagnostic Center**
- **Denver Women's Correctional Facility**
- **Fremont Correctional Facility**
- **San Carlos Correctional Facility**
- **Youthful Offender System**

**INTERROGATORY NO. 9:** For each of the correctional facilities identified in your response to Question 8, please state the number of offenders that may receive treatment within the SOTMP at any one time (i.e., the maximum program capacity for each facility).

**SOTMP/CLINICAL SERVICE RESPONSE: The maximum number of offenders that may receive treatment within a facility offering SOTMP is dependent upon the number of therapist vacancies and available group space. The numbers provided below are the maximum amount each facility can treat if fully staffed.**

- **Arkansas Valley Correctional Facility - 60**
- **Centennial Correctional Facility - 96**
- **Geo Re-entry Services (formerly Cheyenne Mountain Re-entry Center) - 136**
- **Colorado Territorial Correctional Facility - 34**
- **Denver Reception and Diagnostic Center - 12**
- **Denver Women's Correctional Facility - 48**
- **Fremont Correctional Facility - 132**
- **San Carlos Correctional Facility - 14**
- **Youthful Offender System - 12**

**INTERROGATORY NO. 10:** For each of the correctional facilities identified in your response to Question 8, please describe with specificity the services provided to offenders in SOTMP.

**SOTMP/CLINICAL SERVICE RESPONSE: Treatment groups within each facility offering SOTMP are facilitated based on the individual needs of the offenders in the program at that time. For example, while CTCF has the ability to facilitate a Criteria Progression group for offenders with special needs they may not have anyone in the program who currently needs that level of treatment. The list provided below is the groups each facility is designed to offer when necessary. This is not a list of all group currently offered in each facility.**

**The Track I curriculum is designed to include a psychoeducational component with possible adjunct groups if necessary. The adjunct groups are offered based on the needs of the offenders in treatment at that time.**

**The Track II curriculum begins with a psychoeducational curriculum termed Track II Entry. After the offender completes the first phase of the Track II curriculum, they are assigned to treatment groups based on their individual level of risk for sexual recidivism and treatment needs. For example, to offenders in Track II treatment may be assigned to a different number of groups based on their individual risk and needs.**

**<u>Arkansas Valley Correctional Facility:</u> Track I SOTMP, Transition Group, Sex Offender Maintenance, Criteria Progression group**

**<u>Centennial Correctional Facility:</u> Track II SOTMP, Sex Offender Maintenance**

**<u>Geo Re-entry Services (formerly Cheyenne Mountain Re-entry Center):</u> Sex Offender Maintenance, re-entry skills such as job interviewing, resume writing, etc. General mental health treatment, substance abuse treatment, anger management. Although this program was developed by DOC-SOTMP staff, the treatment is facilitated by private prison therapists.**

**<u>Colorado Territorial Correctional Facility:</u> Track I SOTMP (Special Needs), Track I SOTMP (D/ID), Track II SOTMP (Special Needs), Track II SOTMP (Special Needs), Track II SOTMP (D/ID), Sex Offender Maintenance (Special Needs), Sex Offender Maintenance (D/ID), Criteria Progression group (Special Needs), Criteria Progression group (D/ID), Transition Group(Special Needs),Transition Group (D/ID)**

**<u>Denver Reception and Diagnostic Center:</u> Track I SOTMP (Special Needs);**

**Denver Women's Correctional Facility:** Track I SOTMP, Transition Group, Criteria Progression Group, Sex Offender Maintenance;

**Fremont Correctional Facility:** Track I SOTMP, Transition Group, Sex Offender Maintenance, Criteria Progression group, Advanced Risk Management;

**San Carlos Correctional Facility:** Track I SOTMP, Track II SOTMP, Transition Group, Sex Offender Maintenance, Criteria Progression group;

**Youthful Offender System:** Track I SOTMP, Track II SOTMP, Transition Group, Sex Offender Maintenance, Criteria Progression group.

**INTERROGATORY NO. 11:** Using the best available current data, please state the total number of sex offenders within each and every CDOC facility who have been recommended for SOTMP and meet program participation requirements, but are still awaiting treatment under the priority system set forth in Administrative Regulation ("AR") 700-19.

**SOTMP/CLINICAL SERVICE & OPA RESPONSE:**

- **Arkansas Valley Correctional Facility – 131**
- **Bent County Correctional Facility – 276**
- **Buena Vista Correctional Complex – 101**
- **Buena Vista Minimum Center – 2**
- **Centennial Correctional Facility – 20**
- **Cheyenne Mountain Re-Entry Center – 30**
- **Colorado State Penitentiary – 30**
- **Colorado Territorial Correctional Facility – 117**
- **Crowley County Correctional Facility – 318**
- **Denver Reception And Diagnostic Center – 44**
- **Denver Women's Correctional Facility – 1**
- **Fremont Correctional Facility – 343**
- **Limon Correctional Facility – 50**
- **San Carlos Correctional Facility – 20**
- **Sterling Correctional Facility - 124**

**INTERROGATORY NO. 12:** Please state the total number of sex offenders who have been transferred from Sterling Correctional Facility to obtain treatment in the SOTMP during each of the three previous years. [For the purposes of this

question, please feel free to use calendar or fiscal years – whatever is most readily available and convenient.]

**OPA RESPONSE: Approximately 10 sex offenders have been transferred from Sterling Correctional Facility to obtain treatment in SOTMP each of the three previous fiscal years.**

**OFFENDER SERVICES RESPONSE: Offender Services does not maintain any records of how many offenders that have been convicted of a sexual related offense have been transferred from Sterling Correctional Facility specifically for the purpose of programming.**

**INTERROGATORY NO. 13:** Using the best available current data, please state the total number of sex offenders with indeterminate sentences under the Lifetime Supervision Act (C.R.S. § 18-1.3-1004, 18-1.3-1006, and 18-1.3-1008) who have been paroled within the last year after successfully completing *at least* Phase I of the SOTMP.

**SOTMP/CLINICAL SERVICE & OPA RESPONSE: 11. For purposes of clarification, Administrative Regulation 700-19, as in effect in April 2017, implements the use of a track system as an alternative to use of Phase 1 and Phase II.**

**INTERROGATORY NO. 14:** Using the best available current data, please state the total number of sex offenders with indeterminate sentences under the Lifetime Supervision Act (C.R.S. § 18-1.3-1004, 18-1.3-1006, and 18-1.3-1008) who have been paroled within the last year after some level of participation – whether successful or unsuccessful – in the SOTMP.

**SOTMP/CLINICAL SERVICE & OPA RESPONSE: 62.**

**INTERROGATORY NO. 15:** Using the best available current data, please state the total number of sex offenders with indeterminate sentences under the Lifetime Supervision Act (C.R.S. § 18-1.3-1004, 18-1.3-1006, and 18-1.3-1008) who have been paroled within the last year without any participation whatsoever in the SOTMP.

**SOTMP/CLINICAL SERVICE RESPONSE: 268.**

**INTERROGATORY NO. 16:** Using the best available current data, please state the total number of sex offenders with indeterminate sentences under the Lifetime Supervision Act (C.R.S. § 18-1.3-1004, 18-1.3-1006, and 18-1.3-1008) who have been recommended for the SOTMP and meet program participation requirements, but have not had the opportunity to participate in the SOTMP and were still incarcerated as of their parole eligibility date.

**SOTMP/CLINICAL SERVICE & OPA RESPONSE:** 169.

**INTERROGATORY NO. 17:** Please state the total number of sex offenders who were released on their mandatory release date without any level of participation in the SOTMP for each of the previous three years. [For the purposes of this question, please feel free to use calendar or fiscal years – whatever is most readily available and convenient.]

**OPA RESPONSE: Approximately 200 determinate sex offenders, without participation in SOTMP, were released on their MRD each of the three previous fiscal years.**

**INTERROGATORY NO. 18:** Please state with specificity any and all reasons why Thomas Dean Tillery (DOC#132387) has not been afforded the opportunity to participate in SOTMP.

**SOTMP/CLINICAL SERVICE RESPONSE: The DOC-SOTMP prioritizes offenders based on the policy outlined in AR 700-19. Using this prioritization policy, Mr. Tillery still has other offenders ahead of him in priority who have not begun treatment.**

**OFFENDER SERVICES RESPONSE: The Central Classification Committee facilitates moves based on request from the facility classification committee, however central classification committee is not responsible for offender programs. There is no person at central classification which is involved in any staffing meetings concerning offender program assignment.**

**INTERROGATORY NO. 19:** Please identify each correctional facility operated by CDOC which currently offers special housing or protections for sex offenders.

**OFFENDER SERVICES RESPONSE: There are no facilities that have a protection or special housing for offenders that are specifically convicted of sexually related offenses. The following facilities do have STOMP programming for offenders convicted of sexual offenses; Fremont Correctional Facility,**

**Arkansas Valley Correctional Facility, Colorado Territorial Correctional Facility, Arrowhead Correctional Complex (modified version), and Denver Women's Correctional Facility.**

**INTERROGATORY NO. 20:** Please state with specificity any and all measures, including but not limited to discretionary actions by the Executive Director, taken by CDOC or the Defendants to make SOTMP treatment available to all sex offenders who have been recommended for treatment and meet program participation requirements.

**SOTMP/CLINICAL SERVICE RESPONSE: In 2012 the DOC-SOTMP underwent a program evaluation. The evaluation made a number of recommendations in part, in an effort to increase the efficiency of the SOTMP. The DOC-SOTMP implemented the recommendations of the evaluation and has continued to evaluate the efficiency of the treatment program and make additional programmatic revisions as necessary.**

**Additional SOTMP Positions: The Joint Budget Committee allocated additional positions to the DOC-SOTMP. The SOTMP hired an additional Psychologist to assist in the completion of comprehensive evaluations needed to determine the appropriate level of treatment. The SOTMP hired an SOTMP Clinical Trainer. This position was developed to ensure treatment providers in the SOTMP understand how to implement evidenced based practices in an effective and efficient manner.**

**Treatment Track System: The SOTMP developed a treatment track system. Prior to the track system, all SOTMP offenders were recommended for participation in Phase I then progressed to Phase II. Due to the limited number of bed space available in the Phase II program a large number of offenders waited to get into Phase II treatment.**

**The SOTMP now assess offender risk for sexual recidivism and recommends level of treatment based on the offender's' individual level of risk and treatment needs. Offenders identified as having low to low-moderate risk are recommended for participation in Track I treatment while offenders who are identified as having moderate-high to high risk for sexual recidivism are recommended for participation in Track II treatment.**

**Maintenance Program: Offenders participating in sex offense specific treatment within the DOC remain in treatment until released on parole or progress to community corrections. The SOTMP continue to devote resources to offenders who had met the Lifetime Supervision Treatment Progress Criteria for parole until**

they left the custody of DOC. This issue did not allow for the SOTMP to begin new treatment groups. The DOC-SOTMP partnered with Cheyenne Mountain Re-Entry Center (CMRC) to develop a sex offender maintenance program. CMRC, now known as Geo Re-Entry Services, is a private facility that provides the sex offender maintenance program. Now, offenders who have met the LSX Treatment Progress Criteria are transferred into the maintenance program. This allows the DOC-SOTMP to start new treatment groups in DOC facilities.

**Open Groups:** Prior to this change the SOTMP was not maximizing therapist resources and group space. Closed groups did not allow for adding new clients as existing clients paroled or were terminated.

**Curriculum Revision:** The SOTMP revised the treatment curriculum based on the recommendations of the program evaluation. There are now two separate treatment curriculums, for Track I and for Track II.

The previous treatment curriculum, implemented after the 2013 program evaluation recommendations, took about 9 months for offenders to meet LSX criteria. Many of the members of the January 2017 treatment groups are expected to meet LSX criteria in May. That means, low risk offenders are now meeting criteria in approximately four months. It should be noted that treatment completion times may vary based on the individual clients abilities and treatment needs.

**Lifetime Supervision Treatment Progress Criteria:** The SOTMP worked with the Sex Offender Management Board to revise the Lifetime Supervision Treatment Progress criteria. These criteria were first revised in January 2016 and again in April 2017.

Prior to April 15, 2017, all sex offenders in treatment were required to identify a community support person. The offenders were required to complete a treatment disclosure with support in order to meet criteria for parole. The new revised criteria does not require low risk offenders to obtain approved support. Based solely on the criteria changes, 10 new offenders now meet treatment progress criteria. These are offenders who previously would have had to identify a support person and complete a disclosure.

The treatment team has worked with the division of parole to complete a disclosure with a community parole officer for high risk offenders who do not have support. High risk offenders still must identify a support person. However, the revised criteria allow for the offender to complete a disclosure with a parole officer if they do not have a community support person willing to act in that role.

**Community Transition:** The DOC organized meetings with parole officers, DOC approved community treatment providers and others to improve the likelihood of DOC offender acceptance into the community. From these meetings a multi-agency Continuity of Care Committee was developed in collaboration with the Sex Offender Management Board.

**Parole Board Communication:** The SOTMP worked with representatives from the Parole Board and the Office of Information and Technology to develop a computer program that now allows the SOTMP to inform the parole board of offenders risk level for sexual recidivism. This allows the parole board to make informed parole release decisions.

**OFFENDER SERVICES RESPONSE:** Offender Services is not involved in assigning offenders to programs or monitoring offender program participation or involvement. This is not an answer that can be given by offender services.

DATED this 13th day of October, 2017.

**AS TO OBJECTIONS:**

                        CYNTHIA COFFMAN
                        Attorney General

                        s/ Robert C. Huss
                        ROBERT C. HUSS, #38388
                        Assistant Attorney General*
                        Civil Litigation & Employment Law Section
                        Corrections & Public Safety Unit
                        Ralph L. Carr Colorado Judicial Center
                        1300 Broadway, 10th Floor
                        Denver, Colorado 80203
                        Telephone: 720-508-6605
                        Facsimile: 720-508-6032
                        Rob.huss@coag.gov

## CERTIFICATE OF SERVICE

This is to certify that I have served the following **DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** upon counsel for the Parties at the following addresses this _____ day of October, 2017:

Zachary D. Warren
Highlands Law Firm LLC
3773 Cherry Creek Drive North, Suite 575
Denver, CO 80209
zwarren@highlandslawfirm.com

*Courtesy Copy E-mailed:*
Adrienne Jacobson, CDOC

s/ Laressa Gonzalez

_____
Wesley Wilson,

Subscribed and sworn to before me in the County of El Paso, State of Colorado, this - 13th day of October, 2017.

_____
NOTARY PUBLIC

My Commission expires: 3/5/2020



TERESA B REYNOLDS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19924002350
MY COMMISSION EXPIRES MARCH 5, 2020

14