Date: August 9, 2019
To: Clerk; United States District Court
Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589
From: John Red Cloud # 151976
FCF
Box 999
Cañon City, CO 81215-0999
Re: Case No. 16-cv-00282-WJM-STV

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 11 2021

JEFFREY P. COLWELL
CLERK

In the above referenced case can you please provide a complimentary copy of the following DOC#s? I am considered indigent by the courts.

① Doc. No. 111 (01/22/2019)
MOTION to Vacate 102 Order... Trial Set for February 19, 2019 and Associated Deadlines and for Expedited Ruling

② Doc. No. 112 (01/24/2019)
ORDER granting in part Defendants' Motion to Vacate the Trial Date and Associated Deadlines and for Expedited Ruling 111.

③ Doc. No. 124
Joint MOTION to Dismiss by Defendants

Your cooperation and assistance is greatly appreciated.

Respectfully,

**Colorado Department Of Corrections**

Name _Red Cloud_
Register Number _151976_
Unit _FCF_
Box Number _999_
City, State, Zip _Cañon City, CO 81215-0999_

DENVER CO 802
9 AUG 2021 PM 8 L

80294-250059

Alfred A. Arraj U.S. Courthouse
Attn: Clerk of Court - Room A-105
901 19th Street
Denver, CO 80294-3589

08-08-21
DATE REC'D
2882
INT
J
INT

FCF
FACILITY
STAFF
151976  Red Cloud
DOC#